WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DEBORAH ANNETTE WILLIAMS, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, <br><br>　　　　Defendant. | CASE NO.: **EDCV 15-00919 JCG** <br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FOUR HUNDRED SEVENTY-THREE DOLLARS and 64/cents ($2,473.64), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: February 22, 2016

_____
HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE